IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| MICHAEL BALDONI, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 03-1381-AS |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNUMPROVIDENT, ILLINOIS TOOL WORKS, and GAYLORD INDUSTRIES, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Ralph E. Wiser
    One Centerpointe Drive, Suite 570
    Lake Oswego, Oregon  97035

        Attorney for Plaintiff

    Katherine S. Somervell
    Bullivant Houser Bailey PC
    300 Pioneer Tower
    888 S.W. Fifth Avenue
    Portland, Oregon  97204-2089

        Attorney for Defendant

Page 1 - ORDER

KING, Judge:

The Honorable Donald C. Ashmanskas, United States Magistrate Judge, filed Findings and Recommendation on December 13, 2007. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). Plaintiff has filed objections and defendant has filed a response.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a *de novo* determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Having given a *de novo* review of the issues raised in the objections to the Findings and Recommendation, I find no error. I do note that the references to "Baldwin" in the Findings and Recommendation were in error and should be replaced by the name "Baldoni."

Accordingly, I ADOPT Judge Ashmanskas's Findings and Recommendation (#117) and DENY Baldoni's Cross-Motion for Summary Judgment (#92), GRANT UNUM's Cross-Motion for Summary Judgment (#100), and DISMISS Baldoni's Amended Complaint with prejudice.

Dated this     9th     day of January, 2008.

                    /s/ Garr M. King
                    Garr M. King
                    United States District Judge